

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601

U.S. Court of Appeals
111 S. 10th St.
Room 24.329
St. Louis, MO 63102

Appellate Case: 12-3567     Page: 1     Date Filed: 10/30/2012 Entry ID: 3968985