12-3567  In Re: David Stebbins

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 10/30/2012

**Case Name:** In Re: David Stebbins
**Case Number:** 12-3567

**Docket Text:**
PETITION for Writ of Mandamus RESPONSE TO PETITION DUE ON 11/13/2012.(HAND DELIVERED) filed by Petitioner Mr. David Anthony Stebbins w/service 10/30/2012 [3968985] [12-3567]

**The following document(s) are associated with this transaction:**
Document Description:  Petition for Writ of Mandamus
Document Description:  envelope

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Honorable Jimm Larry Hendren: Jimm_Hendren@arwd.uscourts.gov
Mr. Christopher R. Johnson:
Mr. David Anthony Stebbins: stebbinsd@yahoo.com