# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### JOHN PAUL HAMMERSCHMIDT FEDERAL BUILDING
### 35 E. MOUNTAIN, SUITE 559
### FAYETTEVILLE, ARKANSAS 72701

**JIMM LARRY HENDREN**
U.S. DISTRICT JUDGE

Michael E. Gans
24.327 Thomas F. Eagleton U.S. Courthouse
111 S. 10th Street
St. Louis, MO 63102

VIA FAX: 314-244-2780

Re: In Re David Stebbins
     Case No. 12-3567

Dear Mr. Gans:

    At the direction of your office, I am faxing the attached Response To Petition For Writ Of Mandamus for filing in the captioned case. Hard copy will follow by mail.

    Thank you for your attention to this matter.

                           Sincerely,

                           Katherine C. Gay
                           Law Clerk to Judge Jimm Larry Hendren

cc: David Stebbins, with enclosure
     123 W. Ridge Street, Apt. D
     Harrison, AR 72601

FAX RECEIVED